REVERSED AND DISMISSED.

HAMER, J., not sitting.

---

IN RE ESTATE OF JOHN LANDON.

JENNIE LAYTON, ADMINISTRATRIX, APPELLEE, v. ARTHUR C.
STEM, ADMINISTRATOR, APPELLANT.

FILED SEPTEMBER 20, 1915.   No. 19132.

**Appeal: DISMISSAL.** An appeal to this court will, upon motion, be
dismissed as frivolous, when the only ruling complained of is
clearly right and plainly in accordance with the former decisions
of this court.

APPEAL from the district court for Dawes county:
WILLIAM H. WESTOVER, JUDGE.   *Appeal dismissed.*

*Crites & Sons,* for appellant.

*Allen G. Fisher* and *William P. Rooney,* contra.

SEDGWICK, J.

John Landon deposited money in a bank, and took a
certificate of deposit therefor, payable to himself.   After-
wards, being ill, and, as he supposed, about to die, he went
to the bank and told the cashier that he wanted to fix the
deposit so that his wife could draw the money.   The cash-
ier thereupon wrote in the certificate after Mr. Landon's
name the words "or wife," so that it read, payable to "him-
self or wife."   Mr. Landon locked the certificate in a box,
told his wife what he had done, and handed her the key

to the box, with the statement that he wanted her to have the money and she could get it at any time by presenting the certificate: This was a gift of the money to his wife. *Foster v. Murphy*, 76 Neb. 576. Mr. Landon soon after died, and a little later his wife died also. The district court decided that the administratrix of Mrs. Landon's estate was entitled to the certificate of deposit, and the administrator of Mr. Landon's estate appealed to this court. A motion to dismiss the appeal as frivolous was sustained, because the record shows affirmatively that the only ruling complained of is clearly right and plainly in accordance with the former decisions of this court. *In re Williams*, 97 Neb. 726.

APPEAL DISMISSED.

HAMER, J., not sitting.